UNITED STATES DISTRICT COURT
FOR NORTHERN ILLINOIS WESTERN DIVISION

JAMES S. KAPPEL
PLAINTIFF/PETITIONER

VS.          CASE NUMBER:

UNITED STATES
DEPARTMENT OF VETERANS AFFAIRS
CENTRAL OFFICE FOIA TEAM,
CHICAGO VET CENTER,
JESSE WADE
DEFENDANTS/RESPONDENTS

FILED
NOV 25 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

25cv50491
Judge Rebecca R. Pallmeyer
Magistrate Judge Michael F. Iasparro

## NATURE OF THE COMPLAINT

**NOW COMES THE PLAINTIFF/PETITIONER, JAMES S. KAPPEL, PRO-SE** in this matter. Seeks non-monetary relief in the form of production of all items related to the Freedom of Information act regarding all complaints involving the Chicago Vet Center, the director Jesse Wade begin with case number 13669701 since February 1, 2025 to present, including all responses. The Plaintiff/petitioner, James S. Kappel, also seeks the prohibition of the Defendants/respondents, Chicago Vet center, and Jesse Wade from providing third parties with information concerning the Plaintiff/Petitioner, James S. Kappel, disability/mental health status unless given, signed consent by the Plaintiff/Petitioner, James S. Kappel,. The Plaintiff/Petitioner, James S. Kappel, pro-se also monetary relief related the cost of filing said matter, and sanctions for the amount of $1,000.00 per day upon being served with said complaint for failure/refusal to respond to the Freedom of Information Act request. In support of this complaint the Plaintiff/Petitioner, James S. Kappel, the following to be true.

1. I James S. Kappel, henceforth to be known as the Plaintiff/Petitioner in this matter.
2. The Plaintiff/petitioner is a resident of the United States district Court for Northern Illinois, western division.
3. The Plaintiff/petitioner, James S. Kappel, states that all relevant actions in this matter began from the Plaintiff/Petitioner, James S. Kappel, home address, 12101 July Drive, Machesney Park, Illinois 61115 either via United States Postal service, and or the Plaintiff/petitioners cellphone. Therefore the United States district Court for Northern Illinois Western Division has jurisdiction over this matter.
4. The United States district, court, has jurisdiction as all Defendants/respondents, are either elements of the United States Government or employed by it.
5. The Plaintiff/Petitioner, James S. Kappel, began registering complaints with the VA White House Hot-line concern mistreatment by the Defendant/Respondent, Jesse Wade whom is the Director for the Chicago Vet, which is located 8658 Sacramento Avenue, Chicago, Illinois 60652, starting in early February 2025.
6. The Defendant/Respondent, Jesse Wade, in late July 2025, began engaging in abusive and threatening behavior directed at the Plaintiff/petitioner, James S. Kappel, for requesting a change in temporary, consular, while the Plaintiff/Petitioner, James S. Kappel, therapist/consular, Jill Ismoare/ Reugg( sp. ?) was on leave due maternity related issues.
7. The Plaintiff/Petitioner, James S. Kappel, has received consoling at the Chicago Vet Center from Jill Ishomrara( sp.?)for over 3 years.
8. The Plaintiff/petitioner, James S. Kappel, states that the reasons that he had requested to have another temporary consular, was the temporary consular, Jeff; last name not remembered, was that Jeff

had tendency to talk down to the Plaintiff/Petitioner, James S. Kappel, states that temporary consular Jeff also was late 50% of the time for appointments, and completely blew off 2 appointments.

9. The Plaintiff/Petitioner, James S. Kappel, was given the impression by the Defendants/respondent, Chicago vet center, et. Al. temporary consular, Jeff that he really did not want the Plaintiff/Petitioner, James S. Kappel, as a temporary client.

10. The Plaintiff/Petitioner, James S. Kappel, then requested to have a different Vet Center temporary consular until when the Plaintiff/petitioner, Jill Isemore//Reugg (sp. ?) returned. This occurred in august 2025 exact date not remembered.

11. The Plaintiff/ Petitioner, James S. Kappel, states that shortly after that he received a phone call from the Defendant, Jesse Wade, whom began threatening the Plaintiff/Petitioner, James S. Kappel, with the Defendant, Chicago Vet Center, et. Al., with going to the next level, and that he would have the Plaintiff/Petitioner, James S. Kappel, committed to a mental Hospital.

12. The Plaintiff/Petitioner, James S. Kappel, began being interrogated by the Defendant, Jesse Wade, et. Al., with being forced to give a hundred reasons why he wanted a different consular, and that he would decide as to whether or not they were valid or not.

13. The Plaintiff/Petitioner, James S. Kappel, states he does not remember the exact date that said conversation took place, other than it was in August 2025. The said conversation took place via the Plaintiff/Petitioner, James S. Kappel, cell phone.

14. The Plaintiff/Petitioner, James S. Kappel, states that the Plaintiff/Petitioner, James S. Kappel, had his cell phone on speaker, and there was a witness to said conversation. Due to the Defendant/respondent, Jesse Wade talking at the Plaintiff/Petitioner, James S. Kappel, was not able to inform The Defendant/Respondent, Wade of said issue.

15. The Plaintiff/Petitioner, James S. Kappel, has submitted several complaints to the VA White house Hot line, concerning the Defendant, Jesse Wade, including his advocating that the Plaintiff/Petitioner, James S. Kappel, use psychiatric drugs despite the Defendant/Respondent, Jesse Wade not having a M.D. in his credentials. Complaints have also been filed relate to his threats to have the Plaintiff/Petitioner, James S. Kappel, committed, and implied threat to deny access to the Plaintiff/Petitioner, James S. Kappel, to best consular the Plaintiff/petitioner, James S. Kappel, has ever had. And one complaint related to his violation of the privacy act.

16. The Plaintiff/Petitioner, James S. Kappel, sent a Freedom Information request to the Defendant, Department of Veterans Affairs Central office FOIA Team. Seeking all complaints, and responses by the Plaintiff/Petitioner, James S. Kappel, against the Defendants/respondents, Chicago Vet Center, et. Al. from July 1, 2025 to present.

17. The Plaintiff/Petitioner, James S. Kappel, states he is seeking these documents for the purpose of filing a matter against the Defendant/Respondent, Jesse Wade, et. Al. involving malpractice, violations involving the Americans with disabilities Act, and engaging in improper use of the Plaintiff/Petitioner, James S. Kappel.

18. The Plaintiff/Petitioner, James S. Kappel, was informed in early October 2025, by a representative of Chicago Vet Center a Greg, titled not known, phone? 314/455-23438, that allegedly the Defendant/ Respondent, Department of Veterans Affairs Central Office FOIA team, had sent the requested documents, had supposedly been sent to the Plaintiff/petitioners, James S. Kappel, non-functioning e-mail address which never gave to the Defendant/respondent, Department of Veterans Affairs Central office FOIA Team. Or any of the Defendants in this matter.

19. The Plaintiff/Petitioner, James S. Kappel, states that the Freedom of Information Request was made twice, and that it was specifically requested that said documents be sent to the Plaintiff/ Petitioner, James S. Kappel, via the United States Postal Service.

20. The Plaintiff/Petitioner, James S. Kappel, states that the Freedom of Information Act both in Federal, and State forms, allows for said documents to be provide in a form that is being requested in this case a hard copy sent by United States mail.

20. further the Freedom of Information Act, states that if there is a base cost it is to be born by the requester. It also requires the parties whom have had the Freedom of Information request submitted to respondent in some way or another within a reasonable amount of time, ie. 7 working days. This may be in the form of an extension of time or a reason why the Freedom Request cannot provide.

21. The Defendants/Respondents, Department of Veterans Affairs Central Office FIOA team, et. Al. Has refused to do so. A second request was mailed on October 30, 2025. ( See Attachment A).

**WHEREFORE THE PLAINTIFF/PETTIONER JAMES S. KAPPEL, PRO-SE** in this matter seeks the following relief from the Defendants/respondents, Department of Veterans central Office FIOA Team, et. Al., all complaints, and responses by the aforementioned Defendants from July 1, 2025 to presents.

The Plaintiff/ Petitioner, James S. Kappel, also seeks the banning of the Defendant, Jesse Wade, having access to any records related to the Plaintiff/petitioner, James S. Kappel, consoling/mental health care at the Chicago Vet Center. The Plaintiff/petitioner, James S. Kappel, also seeks monetary relief related to filing cost, and whatever legal expenses arise from this matter.

RESPECTFULLY SUBMITTED

JAMES S. KAPPEL
PRO-SE
12101 JULY DRIVE
MACHESENY PARK, ILLINOIS 61115

*Plaintiff's*
*EXHIBIT A*

JAMES S. KAPPEL
12101 JULY DRIVE
MACHESNEY PARK, ILLINOIS 61115

TO THE ATTENTION OF
DEPARTMENT OF VETERNS AFFAIRS
CENTRAL OFFICE FOIA TEAM
(005R1C)
818 VERMONT AVENUE, NW
WASHINGTON D.C. 20420

Date October 30, 2025

To whom it may concern,

My name is James S. Kappel, and I am requesting all documents for the following case number 13669701, and all other complaints, registered to the White House VA hot line, and responses related to the Vet Center located at c8658 south Sacramento ave. Chicago, Illinois 6065since July 1 2025 until present. I am requesting that these documents by send to my mailing address. Today's date is October 30, 2025. **THIS REQUEST IS BEING MADE UNDER THE FEDERAL FREEDOM OF INFORMATION ACT.**

Signed

James S. Kappel